UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGSWOOD CAPITAL PARTNERS, LLC,<br><br>                              Plaintiff,<br><br>                   -v.-<br><br>SOLIDARIS CAPITAL, LLC,<br><br>                              Defendant. | 25 Civ. 05384 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Plaintiff Kingswood Capital Partners, LLC brought this action on June 27, 2025. *See* ECF No. 1. On September 29, 2025, Defendant Solidaris Capital, LLC moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(2). *See* ECF No. 11. On October 20, 2025, Plaintiff filed an amended complaint. *See* ECF No. 18. Accordingly, Defendant's motion to dismiss at ECF No. 11 is hereby DENIED as moot. *See* ECF No. 15.

      The Clerk of Court is directed to terminate ECF No. 11.

      SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                                                JENNIFER H. REARDEN
                                                                United States District Judge