
SQUIRE ◐
PATTON BOGGS

Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th Floor
New York, NY 10036

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Scott G. Held
T   +1 212 872 9819
scott.held@squirepb.com

November 26, 2025

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**RE: *Kingswood Capital Partners, LLC v. Solidaris Capital, LLC*, No. 1:25-CV-05384-JHR**

Dear Judge Rearden:

We represent Defendant Solidaris Capital, LLC ("Solidaris") in the above-captioned case. We write to respectfully request that the Clerk of Court restrict public access to two exhibits filed in connection with Solidaris' Motion to Dismiss the Amended Complaint (ECF No. 20).

Specifically, Exhibits E (ECF No. 21-5) and K (ECF No. 21-11) inadvertently contain unredacted financial account numbers. As this information is subject to automatic redaction without leave of Court under Fed. R. Civ. P. 5.2(a) and Rule 9.A of Your Honor's Individual Rules and Practices, we therefore respectfully request that the unredacted exhibits be replaced with properly redacted exhibits, which we are contemporaneously filing with this letter.

We thank the Court for its time and attention to this matter.

Application GRANTED.

The Clerk of Court is directed to seal ECF No. 21-5 and ECF No. 21-11, with access limited to court personnel and case participants. The Clerk of Court is further directed to terminate ECF No. 25.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 2, 2025

Respectfully submitted,

*/s/ Scott G. Held*
Scott G. Held

1106141388\1\AMERICAS